# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM MOULDER, ET AL.** | **PLAINTIFFS** |
| **VERSUS** | **CIVIL ACTION NO. 1:05CV39WJG** |
| **MONSANTO CORPORATION, ET AL.** | **DEFENDANTS** |

**CONSOLIDATED WITH**

| | |
|---|---|
| **CHESTER BANKS, ET AL.** | **PLAINTIFFS** |
| **VERSUS** | |
| **OWEN-ILLINOIS, INC., ET AL.** | **DEFENDANTS** |

## JOINDER IN NOTICE OF REMOVAL

COME NOW, the Defendants, Lockheed Martin Corporation and Sears, Roebuck & Co., by and through their counsel of record, and hereby join in the Notice of Removal of the above-styled matter to the United States District Court for the Southern District of Mississippi, Southern Division, filed by Defendants represented by Montague, Pittman & Varnado on or about January 25, 2005.

WHEREFORE, the Defendants respectfully request this Court to grant Defendants' Notice of Removal. Defendants request such other and future relief as the Court deems just and proper.

THIS the 21st day of February, 2005.

Respectfully submitted,

LOCKHEED MARTIN CORPORATION and
SEARS, ROEBUCK & CO.,
Defendants

BY: _____
WILLIAM N. GRAHAM

CERTIFICATE OF SERVICE

    I, WILLIAM N. GRAHAM, do hereby certify that I have this day forwarded by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Joinder of Defendants, Lockheed Martin Corporation and Sears, Roebuck & Co., in the Notice of Removal, to all known counsel of record.

    THIS, the _____ day of February, 2005.

                                                   _____
                                                   WILLIAM N. GRAHAM

WILLIAM N. GRAHAM
MS BAR # 4942
CHRISTOPHER E. BAUER
MS BAR # 100384
AULTMAN, TYNER & RUFFIN, LTD.
P. O. DRAWER 750
HATTIESBURG, MS  39401
(601) 583-2671

ATTORNEYS FOR DEFENDANTS,
LOCKHEED MARTIN CORPORATION and
SEARS, ROEBUCK & CO.