IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 3 - 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

WILLIAM MOULDER, ET AL.                                          PLAINTIFFS

VS.                                         CAUSE NO. 1:05cv39-WJG

MONSANTO COMPANY, ET AL.                                         DEFENDANTS

### AGREED ORDER FOR SUBSTITUTION OF COUNSEL

This cause having come before the Court by agreement of the parties, it is ordered as follows: Mark C. Carroll and J. Kyle Fulcher, of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., are hereby withdrawn as counsel for General Motors Corporation and Ford Motor Company, and Michael W. Ulmer, Susan L. Steffey, Cecelia D. Cameron and Ashley Eley Cannady of the law firm Watkins & Eager PLLC are substituted as counsel.

SO ORDERED, this the 2nd day of March, 2005.

_____
U. S. DISTRICT JUDGE

AGREED:

_____    _____
Mark. C. Carroll (MSB# 8665)            Michael W. Ulmer (MSB#5760)
J. Kyle Fulcher (MSB# 100407)           Susan L. Steffey (MSB#9038)
BAKER, DONELSON, BEARMAN,               Cecelia D. Cameron (MSB#100064)
  CALDWELL & BERKOWITZ, P.C.            Ashley Eley Cannady (MSB#101253)
4268 I-55 N., Meadowbrook Office Park   Watkins & Eager, PLLC
Post Office Box 14167                   400 E. Capitol Street, Suite 300
Jackson, MS 39236                       Jackson, MS 39205
Telephone: 601-351-2400                 Telephone: 601-948-6470
Facsimile: 601-351-2424                 Facsimile: 601-354-3623

SUBMITTED BY:

Michael W. Ulmer (MSB#5760)
Susan L. Steffey (MSB#9038)
Cecelia D. Cameron (MSB#100064)
Ashley Eley Cannady (MSB#101253)
Watkins & Eager, PLLC
400 E. Capitol Street, Suite 300
Jackson, MS 39205
Telephone: 601-948-6470
Facsimile: 601-354-3623