JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2005

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## (SEE ATTACHED SCHEDULE)



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 26 2005
BY_____ J.T. NOBLIN, CLERK
DEPUTY

## CONDITIONAL TRANSFER ORDER (CTO-244)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,268 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-244 - TAG ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DISTRICT  DIV. C.A.#**

**FLORIDA MIDDLE**
~~FLM     8   05-252~~          ~~Linda Vaughn, etc. v. Borg-Warner Corp., et al.~~  **VACATED 4/12/05**

**ILLINOIS SOUTHERN**
ILS     3   04-968          Charles Freeman, et al. v. Canadian National Illinois Central Railway Co.
ILS     3   05-124          Hilda Robinson, etc. v. Illinois Central Railroad Co.

**LOUISIANA MIDDLE**
~~LAM     3   04-855~~          ~~William D. Hammons v. AMEC Construction Management, Inc., et al.~~  **OPPOSED 4/21/05**

**MARYLAND**
MD      1   05-541          Teresa Wald Armiger, etc. v. Anchor Packing Co., et al.
~~MD      1   05-649~~          ~~Leroy Jackson v. John Crane-Houdaille, Inc., et al.~~  **OPPOSED 4/11/05**

**MAINE**
ME      2   05-8            Alice Stone, etc. v. Metropolitan Life Insurance Co., et al.

**MISSISSIPPI SOUTHERN**
MSS     1   05-38           Gene Beazley, et al. v. A.W. Chesterton, et al.
MSS     1   05-39           William Moulder, et al. v. Monsanto Co., et al.
MSS     1   05-40           Hilry A. Anderson, et al. v. Owens-Illinois, Inc., et al.
MSS     1   05-41           Willie Hamberlin, et al. v. Owens-Illinois, et al.
MSS     1   05-42           Margie Mae Williams, et al. v. National Service Industries, Inc., et al.
MSS     1   05-50           Walter Teague v. Copa Casino of Mississippi, LLC
MSS     1   05-51           Kenneth Saucier v. Copa Casino of Mississippi, LLC
MSS     1   05-58           Charles Hines v. Halliburton Co., et al.
MSS     1   05-59           Eugene Roberts v. Halliburton Co., et al.
MSS     1   05-60           L.E. Clark v. Halliburton Co., et al.
MSS     1   05-61           Randle Palmer v. Halliburton Co., et al.
MSS     1   05-62           Kenneth Hutchinson v. Halliburton Co., et al.
MSS     1   05-63           James Dement v. Halliburton Co., et al.
MSS     1   05-64           G.R. Langley v. Halliburton Co., et al.
MSS     1   05-65           Travis Pugh v. Halliburton Co., et al.
MSS     1   05-66           Oscar V. Williams v. Halliburton Co., et al.
MSS     1   05-67           Hugh Williams v. Halliburton Co., et al.
MSS     1   05-68           Charles Palmer v. Halliburton Co., et al.
MSS     1   05-69           Solomon Draughn v. Halliburton Co., et al.
MSS     1   05-70           Robert Cochran v. Halliburton Co., et al.
MSS     1   05-71           Cecil Foxworth v. Halliburton Co., et al.
~~MSS     1   05-72~~           ~~Lawrence Stevison v. Halliburton Co., et al.~~  **OPPOSED 4/14/05**
MSS     1   05-85           Darren Pugh, et al. v. Eagle, Inc., et al.
MSS     1   05-107          Henry Briggs, et al. v. National Services Industries, In, et al.
MSS     1   05-110          Henry Briggs, et al. v. Daimlerchrysler Corporation
MSS     1   05-118          Mark Alexander v. Anchor Packing Co., et al.
MSS     1   05-120          Jerry Russum v. Minnesota Mining & Manufacturing
MSS     1   05-121          Charles Franklin Twiner, et al. v. Gaf Corporation, et al.
MSS     1   05-126          Ronald L. Hudson v. Minnesota Mining & Manufacturing, et al.

**NORTH CAROLINA WESTERN**
NCW     1   05-21           Max Long Gilleland, etc. v. Aqua-Chem, Inc., et al.
NCW     1   05-32           Dorothy Holland Watlington, etc. v. Anchor Packing Co., et al.
NCW     1   05-33           Joe E. Parker, et al. v. Anchor Packing Co., et al.