IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ASBESTOS PRODUCTS
         LIABILITY LITIGATION                    MDL DOCKET NO. 875

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**WILLIAM MOULDER, ET AL.**                     **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.: 1:05-CV-39-WJG**

**MONSANTO COMPANY, ET AL.**                    **DEFENDANTS**

   **CONSOLIDATED WITH:**

**CHESTER BANKS, ET AL.**                       **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.: 1:05-CV-39-WJG**

**OWENS-ILLINOIS, ET AL.**                      **DEFENDANTS**

**SEVERED CASE:**

| Plaintiff Name | E.D. PA Cause No. |
|---|---|
| Willie Mae Knox | NOT YET ASSIGNED |
| Javies McCoy | NOT YET ASSIGNED |
| Jimmy Weaver | NOT YET ASSIGNED |

**MOTION TO DISMISS WITHOUT PREJUDICE**

    **COME NOW** the above-named Plaintiffs, by and through counsel and pursuant to the Federal Rules of Civil Procedure, and file this, their Motion to Dismiss as to Form and Without Prejudice, and in support thereof, would respectfully show unto the Court as follows:

    1. The above-named Plaintiffs hereby request that the Court enter an Order of Dismissal as to Form and Without Prejudice as to all Defendants in their respective causes of action.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully pray that the Court will dismiss their respective causes of action as to all Defendants as to form and without prejudice. Plaintiffs further pray for any and all such other or different relief as to which they may be entitled in this Court.

        RESPECTFULLY SUBMITTED,

        CERTAIN PLAINTIFFS

BY:   /s/ JEFFREY A. VARAS
        One of the Attorneys for the
        above-named Plaintiff

**PREPARED BY**
Jeffrey A. Varas (MSB # 102489)
119 Caldwell Drive
Post Office Box 886
Hazlehurst, MS 39083
Tel.: (601) 894-4088
Fax: (601) 894-4688

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey A. Varas, the undersigned attorney, do hereby certify that I have this day caused a true and correct copy of the above and foregoing to be filed with the ECF system, which sent notification of the same to all ECF participants.

        /s/ JEFFREY A. VARAS
        One of the Attorneys for the
        Above-Named Plaintiff