UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

| | |
|---|---|
| TRUMAN LAMBERT | E.D. PA. CASE NO.: 2:08cv79355 |
| WILLIE H. MAYBERRY | NO E.D. PA NO. |
| DANNY SHAPER | NO E.D. PA NO. |
| JERRY BRIDGES | NO E.D. PA NO. |
| WESLEY FORD | NO E.D. PA NO. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

*This Document Relates To:*
| | |
|---|---|
| WILLIAM MOULDER, ET AL. | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:05CV39WJG |
| MONSANTO CO., ET AL. | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| CHESTER BANKS, ET AL. | PLAINTIFFS |
| VS. | |
| OWENS-ILLINOIS, ET AL. | DEFENDANTS |

### ORDER OF DISMISSAL AS TO ALL DEFENDANTS
### FOR CERTAIN PLAINTIFFS

This matter is before the Court on the Motion of Imo Industries Inc. to dismiss the claims of WILLIE H. MAYBERRY, TRUMAN LAMBERT, DANNY SHAPER, JERRY BRIDGES, AND WESLEY FORD.

The Court having considered the Motion, finds that the Motion is to be granted.

IT IS, THEREFORE, ORDERED that the claims of the Plaintiffs WILLIE H. MAYBERRY, TRUMAN LAMBERT, DANNY SHAPER, JERRY BRIDGES, AND WESLEY

FORD are dismissed without prejudice as to all Defendants. Each Party is to bear its own costs and attorneys fees.

SO ORDERED this the 18th day of August, 2010.

_____
PRESIDING JUDGE EDUARDO C. ROBRENO

SUBMITTED BY:

/s/    Cheri D. Green
Cheri D. Green, MSB #4988
Brunini, Grantham, Grower & Hewes, PLLC
P. O. Drawer 119
Jackson, MS  39205
601-960-6864 (o)
601-960-6902 (f)
cgreen@brunini.com
Counsel for Imo Industries Inc.